

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,464-01

### IN RE WILLARD K. WEBB, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1278106 IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he wrote to the Harris County District Clerk requesting an estimate of the "total fees" required to purchase copies of requested records, but has received no response.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response stating whether he received a request from the Relator for a statement of costs for his records. If the District Clerk received such a request, he shall state the nature of his response and, if available, provide a copy of the response. If the District Clerk received

such a request and did not respond, he shall provide his rationale for not responding. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.


Filed: September 16, 2015
Do not publish